-PSO-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JONATHAN MUSIC,

        Petitioner,

        -v-

UNITED STATES OF AMERICA,

        Respondent.

**DECISION and ORDER**
03-CV-808S
99-CR-149S

On April 28, 2005, this Court denied Petitioner's motion, made pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence. (Docket No. 147). On June 25, 2005, Petitioner filed a notice of appeal from this Court's April 28, 2005 Decision and Order. (Docket No. 148). Petitioner now moves to file his application for a Certificate of Appealability under seal. In the interest of confidentiality, this Court will permit Petitioner to file his application and supporting papers under seal.

IT HEREBY IS ORDERED, that Petitioner's motion to file his application for a Certificate of Appealability under seal is GRANTED.

FURTHER, that the Clerk of the Court is directed to file Petitioner's application for a Certificate of Appealability under seal.

SO ORDERED.

Dated:    August 1, 2005
           Buffalo, New York

                      /s/William M. Skretny
                      WILLIAM M. SKRETNY
                      United States District Judge